COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| EFRAIN JIMENEZ, | | No. 08-17-00124-CR |
|  | § | |
| Appellant, | | Appeal from the |
|  | § | |
| v. | | 384th District Court |
|  | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
|  | § | |
| State. | | (TC# 20150D04711) |
|  | § | |

# **O R D E R**

The Court GRANTS the Court Reporter's fourth request for an extension of time within which to file the Reporter's Record until **October 2, 2017.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Genesis Stephens, Official Court Reporter for the 384th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before October 2, 2017.

IT IS SO ORDERED this 19th day of September, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.